VINCENT SERIO, an Infant, by THOMAS SERIO, His Guardian ad Litem, Appellant, v. ELSIE WORTMANN and HERBERT D. WORTMANN, Respondents.— Order denying plaintiff's motion for leave to serve an amended complaint in a personal injury action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

EUGENE J. SHIELDS, Respondent, v. CHILTON COMPANY, Also Known as CHILTON COMPANY, INC., Appellant.— Order denying defendant's motion that the action be marked " stayed " on the Trial Term calendar, pursuant to section 1520 of the Civil Practice Act, until appeal costs heretofore awarded to defendant by order of this court on a prior appeal shall have been paid, reversed on the law, with ten dollars costs and disbursements, and motion granted, without costs. On an appeal by defendant this court reversed, with ten dollars costs and disbursements, an order striking out two separate, complete defenses and one partial defense contained in defendant's answer, and denied the motion with ten dollars costs. [See 255 App. Div. 985; 256 id. 820.] Costs amounting to $142.89 were taxed and admittedly they have not been paid, although a copy of the order of reversal was served upon plaintiff's attorney. Costs awarded by this court are motion costs within the purview of section 1520 of the Civil Practice Act (*Muller* v. *Brooklyn Heights Railroad Co.*, 139 App. Div. 727) and, therefore, it was error not to mark the action stayed until the payment of the costs. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

WELLS S. STECKEL and ANN STECKEL, Appellants, v. ABNER M. STECKEL, Respondent.— Plaintiffs appeal from order granting defendant's motion to vacate and set aside the service of a summons on the defendant on July 1, 1938, on the ground that at the time of said service defendant was a non-resident, appearing within the jurisdiction as a party defendant in an action then in the course of trial in Nassau county. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

EDMUND J. WARD and ROBERT WARD, as Administrators, etc., of NEIL P. WARD, Deceased, Appellants, v. BROOKLYN & QUEENS TRANSIT CORP., Respondent.— Order vacating an order of preclusion affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

## (October 16, 1939.)

BROOKLYN BUREAU OF CHARITIES and Others, Respondents, v. MANUFACTURERS TRUST COMPANY, Appellant, and Others, Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

CHASE WATCH CORP., Respondent, v. IRVING HEINS, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ.

HARRY EAGLE, an Infant, etc., and ISAAC EAGLE, Appellants, v. THE CITY OF NEW YORK, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

GERTRUDE GOTTE, Appellant, v. B. GERTZ, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.